## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN C. LITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00377-TWP-DLP |
| | ) | |
| MY CAR WARRIOR, LLC. Clerk's Entry of | ) | |
| Default entered on 5/14/20, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

The Court having this day made its Entry directing the entry of final judgment, the Court

now enters **FINAL JUDGMENT**. Default Judgment is entered in favor of the Plaintiff Steven C.

Litz  and against Defendant My Car Warrior, LLC in the sum of $1,000.00 for Count I of the

Complaint. Count II of the Complaint is **DISMISSED without prejudice** for failure to prosecute.

This action is **CLOSED.**

**SO ORDERED.**

Date:  10/20/2020

Roger A.G. Sharpe, Clerk

By: _____

 Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

STEVEN C. LITZ
6010 Deerwood Dr.
Greenwood, IN 46143

My Car Warrior, LLC
c/o Bruce Record, Registered Agent
6285 2nd Avenue, North
St. Petersburg, Florida  33710